UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUNG TAN NGUYEN,
A-043-065-102

          Petitioner,

    v.

WARDEN OF THE CALIFORNIA CITY
DETENTION FACILITY, et al.,

          Respondents.

No.  1:26-cv-01701-DAD-DMC-HC

ORDER

      Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, and, following appointment of counsel, a motion for temporary restraining order, ECF No. 9. The District Judge granted the motion for temporary restraining order, ordered Petitioner's release, ECF No. 15, and issued a preliminary injunction on the same grounds, ECF No. 17.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Respondents' opposition to injunctive relief was filed as a joint opposition to the petition, ECF No. 12, and Petitioner replied, ECF No. 14. Respondents are ordered to file a notice of compliance with the District Judge's order within five (5) days of the date of this order. Though it appears the matter is fully briefing, parties shall have fourteen days (14) days to inform the Court if they seek additional briefing on the merits.

IT IS SO ORDERED.

Dated:  May 18, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2