UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG TAN NGUYEN,<br>A-043-065-102<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-01701-DAD-ICD-HC<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS</u><br><br>(Doc. No. 20) |

Petitioner Dung Tan Nguyen is a former federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 3, 2026, the undersigned granted petitioner's motion for a temporary restraining order (Doc. No. 9), and ordered petitioner's immediate release from immigration detention. (Doc. No. 15.) On April 22, 2026, the undersigned issued an order converting the temporary restraining order into a preliminary injunctions and referring the petition to the assigned magistrate judge. (Doc. No. 17.)

On September 2, 2026, the magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted. (Doc. No. 20.) Specifically, the magistrate judge concluded that petitioner's due process rights were violated when he was

detained he was on January 7, 2026, without compliance with the requirements of 8 C.F.R. § 241.13(i). (*Id.* at 2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days of service. (*Id.* at 6.) No objections to those findings and recommendations have been filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued September 2, 2026 (Doc. No. 20), are adopted in full.
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1), is GRANTED;
3. The terms of the preliminary injunctive relief granted on April 22, 2026 (Doc. No. 17), are made permanent;
4. Respondents are required to provide Petitioner prior notice of the requirements of his release such that Petitioner has a meaningful opportunity to comply with such requirements; and
4. The Clerk of the Court is directed to enter judgment in favor of petitioner, and close this case.

IT IS SO ORDERED.

Dated: **November 2, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE